JOSEPH M. WAHRHAFTIG et al., Appellants, v. SPACE DESIGN GROUP, INC., et al., Respondents.— *Per Curiam.*

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum *Per Curiam*.